214

SMILING LADY CORPORATION, Landlord, Respondent, *v.* ESTATE OF SAMUEL J. ROSENTHAL, Doing Business as ROSENTHAL BROS., Tenant, Appellant, and PETER F. HELLER, Undertenant, Appellant.

Supreme Court, Appellate Term, First Department, January 2, 1947.

*Victor Whitehorn* and *Jules Whitehorn* for appellants.

*Harold L. Lipton* for respondent.

Final order affirmed, with $25 costs.

Concur: HAMMER, SHIENTAG and EDER, JJ.